1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10         **(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| 11   UNITED STATES OF AMERICA, | CASE NO.: 21CR1313-JLS |
| 12          Plaintiff, | |
| 13   v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING DATE |
| 14   RITO FABIAN DURAN-MENDOZA, | |
| 15 | |
| 16          Defendant. | |

17
18         For good cause shown and upon joint motion of the parties, IT IS HEREBY
19  ORDERED that the Motion Hearing/Trial Setting currently set for May 21, 2021 at
20  1:30 p.m., be continued to July 23, 2021 at 1:30 p.m. Defendant shall file an
21  acknowledgement of the new hearing date by June 11, 2021. Time is excluded
22  pursuant to 18 U.S.C. § 3161(h)(1)(D).

23         IT IS SO ORDERED.

24  Dated: May 19, 2021

25                                    Hon. Janis L. Sammartino
                                       United States District Judge
26
27
28