UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.:   21CR1313-JLS |
|---|---|
| Plaintiff, | **ORDER TO CONTINUE MOTION HEARING** |
| v. | |
| **Rito Fabian Duran-Mendoza**, | |
| Defendant. | |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing scheduled for November 12, 2021 shall be continued to January 14, 2022 at 1:30 p.m.  Defendant shall file an acknowledgement of the new hearing date by November 19, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:  November 8, 2021

Hon. Janis L. Sammartino
United States District Judge